

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00482-CV

———————————————

ANTHONY JAMES FLOYD, Appellant

V.

GATEWAY MORTGAGE GROUP, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2019-005816-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on March 3, 2023. On April 14, 2023, we notified him that his brief had not been filed as the Texas Rules of Appellate Procedure require. *See* Tex. R. App. P. 38.6(a). We warned that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, but we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: May 18, 2023